

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-19-00071-CV

---

ESTATE OF SANDY HODGE, JR., DECEASED

---

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 42069-CCL

---

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

Sandra Hodge filed a timely notice of appeal on July 25, 2019. The clerk's record was filed on August 1, 2019. The reporter's record was filed on August 6, 2019. The original deadline for Hodge's appellate brief was August 26, 2019. When neither a brief nor a motion to extend time for filing same was received by August 26, 2019, this Court advised Hodge by letter that the brief was late. We also extended the deadline for filing the brief to September 26, 2019. On October 8, 2019, this Court granted Hodge's motion and extended the briefing deadline to October 17, 2019. On October 22, 2019, this Court granted Hodge's second motion for an extension of the briefing deadline and set November 18, 2019, as the final deadline for Hodge to file her brief. We warned Hodge that the failure to file a brief by November 18, 2019, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

We have received no responsive communication from Hodge and have not received her appellate brief. Having received no response to this Court's letter of October 22, 2019, Hodge's appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Ralph K. Burgess
Justice

Date Submitted: December 4, 2019
Date Decided: December 5, 2019